FILED

2021 Dec-03  AM 08:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **2:19-cr-466-ACA-JHE-18** |
| **YOLANDA MILTON,** | ) | |
| | ) | |
| | ) | |

## ORDER

Before the court is Defendant Yolanda Milton's motion to sever her trial from her codefendants' trial.  (Doc. 447).  The magistrate judge entered a report recommending that the court deny the motion.  (Doc. 473).  Ms. Milton has filed objections to that report.  (Doc. 481).  Those objections largely reiterate the arguments she presented in her motion and briefing (*compare id.* with Docs. 447, 467), and which the magistrate judge properly addressed in his report and recommendation.  The few objections that are not reiterations of her earlier arguments are meritless.

The court **OVERRULES** Ms. Milton's objections, **ADOPTS** the magistrate judge's report, and **ACCEPTS** the recommendation.  Accordingly, the court **DENIES** Ms. Milton's motion to sever her trial from her codefendants' trial.

**DONE** and **ORDERED** this December 3, 2021.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE